UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC VA'SHON WRIGHT,<br><br>Petitioner,<br><br>v.<br><br>THE STATE OF CALIFORNIA,<br><br>Respondent. | No. 2:15-cv-2260-EFB P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding without counsel on a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Judgment was entered in this action on February 11, 2016 and the court declined to issue a certificate of appealability. On February 29, 2016, petitioner filed a notice of appeal. On March 25, 2016, petitioner filed a request to proceed in forma pauperis on appeal.

Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed in forma pauperis on appeal must file a motion in the district court which:

(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

(B) claims an entitlement to redress; and

(C) states the issues that the party intends to present on appeal.

1 Fed. R. App. P. 24(a)(1). Petitioner's motion fails to satisfy all three requirements and is
2 therefore denied.
3     Accordingly, IT IS HEREBY ORDERED that petitioner's request to proceed in forma
4 pauperis on appeal (ECF No. 14) is denied without prejudice. The Clerk of the Court is directed
5 to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit, and
6 petitioner is hereby informed that he may file a motion to proceed in forma pauperis in the United
7 States Court of Appeals for the Ninth Circuit. *See* Fed. R. App. P. 24(a)(5).
8 DATED: March 29, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE